Jason Rupp, Appellant, v Jeremy Burger, Respondent. [3 NYS3d 682]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 28, 2014. The order, insofar as appealed from, granted the motion of defendant to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.